IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00867-CMA-MJW

ASSURITY FINANCIAL SERVICES, LLC,

Plaintiff(s),

v.

HARTFORD FIRE INSURANCE COMPANY

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe


It is hereby ORDERED that Defendant's Unopposed Motion to Participate in Settlement Conference Via Telephone (docket no. 17) is GRANTED. Defendant's representative, Sarah Wilson, may participate by telephone at the Settlement Conference set on July 13, 2010, at 2:30 p.m.


Date: June 18, 2010