IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00867-CMA-MJW

ASSURITY FINANCIAL SERVICES, LLC,

Plaintiff(s),

v.

HARTFORD FIRE INSURANCE COMPANY

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Motion to Reconsider Stipulated Motion to Set Settlement Conference, DN 34, filed with the Court on August 28, 2010, is GRANTED. A Settlement Conference is set on September 9, 2010, at 3:00 p.m., (Mountain Time) in Courtroom A-502, Alfred A. Arraj United States District Court, 901 19th Street, Denver, Colorado 80294. Defendant Hartford Fire Insurance Company's representative may appear by telephone. The counsel for defendant shall ensure the availability of the Hartford Representative and obtain a phone number to reach the defendant representative during the Settlement Conference now set on September 9, 2010, at 3:00 p.m. All other representatives and persons with complete settlement authority shall be present in person for the settlement conference.

It is FURTHER ORDERED that Confidential Settlement statements shall be submitted on or before September 3, 2010.

It is FURTHER ORDERED that the Settlement Conference set on September 27, 2010, at 1:30 p.m., is VACATED.

Date: August 30, 2010